**CERTIFICATE OF SERVICE**

     I, the undersigned, certify and declare that I am over the age of 18 years, employed in the State of New York, served a copy of the <u>Complaint for Writ of Mandamus</u> by personal service to the following addresses:

          Andrea Quarantillo
          New York District Director, USCIS
          c/o Office of the Principal Legal Advisor
          U.S. Citizenship and Immigration Services
          United States Department of Homeland Security
          425 I Street, NW; Room 6100
          Washington, D.C. 20536

          Office of the United States Attorney
            for the Southern District of New York
          Civil Process Clerk
          86 Chambers Street, Third Floor
          New York, NY 10007

Executed on May 15, 2008 in the city of New York, State of New York.

                                                  _____/s/_____
                                                   Michael L. Walker, Esq.