UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
XIANG LI,

           Plaintiff,

    v.

ANDREA QUARANTILLO,

           Defendant.
------------------------------------------------------------ x

**ECF CASE**

08 Civ. 4532 (LAK)

NOTICE OF APPEARANCE

TO:    Clerk of Court
         United States District Court
         Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         June 3, 2008

                                   Respectfully submitted,

                                   MICHAEL J. GARCIA
                                   United States Attorney for the
                                   Southern District of New York

                     By:    /s/_____
                                   NATASHA OELTJEN
                                   Assistant United States Attorney
                                   86 Chambers Street, 3rd Floor
                                   New York, New York 10007
                                   Telephone: (212) 637-2769
                                   Facsimile: (212) 637-2786
                                   Email: natalia.oeltjen@usdoj.gov

TO:    Gary J. Yerman, Esq.
         Yerman & Associates
         401 Broadway, Suite 1210
         New York, NY 10013