06/25/2008 13:00 FAX 2122198177

KAPLAN, S

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LI, XIANG,

                Plaintiff,

    - against -

ANDREA QUARANTILLO, District Director, USCIS,

                Defendant.

Docket No. 08 Civ. 4532 (LAK)
A95-966-971

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
June 25, 2008

YERMAN & ASSOCIATES
Attorneys for Petitioner

_(signed)_

Gary J. Yerman, Esq.
401 Broadway, Suite 1210
New York, New York 10013
Tel.  (212) 219-0288
Fax  (212) 219-8177

SO ORDERED:

_(signed)_

For Hon. ~~Lewis A. Kaplan~~ Sidney H. Stein
United States District Judge

By Hon. Sydney H. Stein, Part I
Dated: 6/26/08

New York, New York
June 25, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_(signed)_

Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769
Fax  (212) 637-2786

RECEIVED
JUN 26 2008
JUDGE KAPLAN'S CHAMBERS